

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

**MEMO ENDORSED**

December 17, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/18/07
```

By Hand

Honorable Theodore H. Katz
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

    Re:   Jeanette Gonzalez v. Astrue
           07 Civ. 6582 (LAP) (THK)

Dear Judge Katz:

    This Office represents the Commissioner of Social Security, defendant in the above-captioned action. During my review of this case, I encountered several issues that require I seek additional information from the Agency. Therefore, with the consent of plaintiff pro se, I respectfully request a thirty day extension of time from today December 17, 2007, until January 16, 2008, to respond to the complaint.

    This is defendant's second request for an extension of time to respond to the complaint, as the answer was originally due on October 15, 2007.

    Thank you for your consideration of this request.

*[Handwritten: The response to the Complaint shall be filed by January 16, 2008. Any reply shall be filed by February 8, 2008.]*

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

**SO ORDERED**
12/18/07 /s/ Theodore H. Katz
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

cc: Jeanette Gonzalez, Plaintiff Pro Se (By Mail)

COPIES MAILED
TO COUNSEL OF RECORD ON 12/17/07