MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York 10007
Tel. (212) 637-0378
Fax. (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
JEANETTE GONZALEZ,               :
                                 :
            Plaintiff,           :
                                 :
       - v. -                    :
                                 :   STIPULATION AND ORDER
MICAHEL J. ASTRUE,               :   07 Civ. 6582 (LAP)
Commissioner of                  :
Social Security,                 :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for

further administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
January 8, 2008

*[signature: Jeanette Gonzalez]*
JEANETTE GONZALEZ
Plaintiff pro se
2550 Briggs Avenue - Apt.#19
Bronx, New York 10458
Telephone No.: (347) 206-8378

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant

By: *[signature: Leslie A. Ramirez-Fisher]*
LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York 10007
Telephone No.: (212) 637-0378
Leslie.Ramirez-Fisher@usdoj.gov

SO ORDERED:

*[signature]*
UNITED STATES DISTRICT JUDGE
January 16, 2008